UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MATTHEW WOODS,<br><br>Defendant. | Case No. 1:15-cr-194-S-BLW<br><br>**ORDER APPROVING STIPULATION AND SETTLEMENT (CAROL WOODS)** |

The Court has before it a Stipulation and Settlement as to Claims of Carol Woods (Dkt. 89) for compromise and settlement of her Verified Statement of Interest and Petition for Ancillary Hearing as to the real property located at 12 Calle Pelicano, San Clemente, Orange County, California, filed on September 13, 2016 (Dkt. 88). The Court, having received and considered the foregoing stipulation of the parties, finds good cause to approve the Stipulation and Settlement.

Accordingly, IT IS HEREBY ORDERED:

1. The Stipulation and Settlement as to Claims of Carol Woods (Dkt. 89) is APPROVED and SO ORDERED.

2. Ms. Wood's Verified Statement of Interest and Petition for Ancillary Hearing (Dkt. 88) is DENIED as MOOT.



DATED: September 15, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court